**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000566
09-FEB-2018
09:54 AM**

NO. CAAP-17-0000566

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


PUNE MIKE LUANGRATH, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 16-1-0019 (CR. NO. 14-1-0508))


ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On July 25, 2017, Petitioner-Appellant Pune Mike Luangrath (Luangrath), pro se, filed the notice of appeal. The circuit court clerk electronically filed the notice of appeal on July 26, 2017;

(2) On September 19, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before September 29, 2017, and October 30, 2017, respectively;

(3) Luangrath did not file either document or request an extension of time;

(4) On November 20, 2017, the appellate clerk notified Luangrath that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention that same day for appropriate action, which

could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Luangrath may request relief from default by motion; and

(5) Luangrath took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 9, 2018.

Presiding Judge

Associate Judge

Associate Judge

-2-